**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DELIA L COREY

          Plaintiff(s),

    v.

CIGNA GROUP INSURANCE , et al.


          Defendant(s).

CASE NO:
2:17–cv–00636–FMO–E

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: March 24, 2017

                       */s/ Fernando M. Olguin*
                      Fernando M. Olguin
                      United States District Judge